JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
LITTON LOAN SERVICING LP and
U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE C-BASS
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-CB8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT GUMBS and KHEA GUMBS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>LITTON LOAN SERVICING, ARGENT MORTGAGE COMPANY, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB8, QUALITY LOAN SERVICE CORP., AMERICAN DISCOUNT MORTGAGE INC., TOM ZUMMO, LETRIFFA CRAWLEY, and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | Case No.:  2:09-CV-01159-GEB-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANTS' RESPONSES PURSUANT TO CIV. L.R. 6-144** |

**STIPULATION**

WHEREAS, on April 28, 2009, plaintiffs Curt Gumbs and Khea Gumbs ("Plaintiffs") filed the complaint in this matter ("Complaint");

WHEREAS, on May 26, 2009, Plaintiffs and defendants Litton Loan Servicing LP ("Litton Loan") and U.S. Bank, National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-CB8 ("U.S. Bank") submitted a stipulation extending the time for Litton Loan and U.S. Bank to answer or otherwise respond to the Complaint until and including June 10, 2009;

WHEREAS, on May 28, 2009, Plaintiffs and defendant Argent Mortgage Company, LLC ("Argent") submitted a stipulation extending the time for Argent to answer or otherwise respond to the Complaint until and including June 25, 2009;

WHEREAS, Plaintiffs intend to file an amended complaint no later than June 24, 2009; and

WHEREAS, the parties believe that continuing defendants' respective deadlines for answering or otherwise responding to the pleadings until after Plaintiffs file their amended complaint would serve the interests of efficiency and conservation of judicial and party resources.

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that:

1. Plaintiffs shall file an amended complaint no later than June 24, 2009;

2. Defendants Litton Loan, U.S. Bank, and Argent ("Defendants") shall file an answer or otherwise respond to the amended complaint no later than July 15, 2009; and

3. Defendants shall have no obligation to respond to the April 28, 2009 Complaint.

DATED: June 5, 2009

SEVERSON & WERSON
A Professional Corporation

By:  /s/ Kalama M. Lui-Kwan
  Kalama M. Lui-Kwan

Attorneys for Defendants
LITTON LOAN SERVICING LP and
U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB8

| | | |
|---|---|---|
| 1 | DATED:  June 5, 2009 | BUCHALTER NEMER<br>A Professional Corporation |
| 2 | | |
| 3 | | By:    /s/ Jason E. Goldstein<br>        Jason E. Goldstein |
| 4 | | Attorneys for Defendant<br>ARGENT MORTGAGE COMPANY, LLC |
| 5 | | |
| 6 | DATED:  June 5, 2009 | LAW OFFICES OF JONATHAN G. STEIN |
| 7 | | |
| 8 | | By:    /s/ Jonathan G. Stein<br>        Jonathan G. Stein |
| 9 | | |
| 10 | | Attorneys for Plaintiffs<br>CURT GUMBS AND KHEA GUMBS |

### [PROPOSED] ORDER

Pursuant to the parties' June 5, 2009 Stipulation Regarding Plaintiffs' First Amended Complaint and Defendants' Responses, **IT IS SO ORDERED**.

DATED: June 8, 2009

_/s/ Garland E. Burrell, Jr._
GARLAND E. BURRELL, JR.
United States District Judge

15303/0037/736144.1                                              STIPULATION AND [PROPOSED] ORDER