JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
LITTON LOAN SERVICING LP and
U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE C-BASS
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-CB8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT GUMBS and KHEA GUMBS,<br><br>      Plaintiffs,<br><br>vs.<br><br>LITTON LOAN SERVICING, ARGENT MORTGAGE COMPANY, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB8, QUALITY LOAN SERVICE CORP., AMERICAN DISCOUNT MORTGAGE INC., TOM ZUMMO, LETRIFFA CRAWLEY, and DOES 1 to 20, inclusive,<br><br>      Defendants. | Case No.:  2:09-CV-01159-GEB-GGH<br><br>**STIPULATION AND ORDER CONTINUING THE PARTIES' PARTICIPATION IN THE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

**STIPULATION**

WHEREAS, on June 8, 2009, the Court entered a stipulated order ("Order") instructing plaintiffs Curt and Khea Gumbs ("Plaintiffs") to file an amended complaint ("FAC") no later than June 24, 2009;

WHEREAS, the Order instructed defendants Litton Loan Servicing LP, U.S. Bank, National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-CB8, and Argent Mortgage Co., LLC (collectively, "Defendants") to file an answer or otherwise respond to the FAC no later than July 15, 2009;

WHEREAS, Plaintiffs filed their FAC on June 24, 2009 and Defendants filed motions to dismiss on July 15, 2009;

WHEREAS, Defendants' motions to dismiss are currently set for hearing before this Court on August 31, 2009;

WHEREAS, on July 16, 2009, the Court referenced this action to the Voluntary Dispute Resolution Program ("VDRP");

WHEREAS, the parties have agreed upon a VDRP neutral;

WHEREAS, the parties believe that the Court's ruling on the pending motions to dismiss may narrow the issues (if any) that the parties will have to address during their participation in the VDRP; and

WHEREAS, although the parties have agreed upon a VDRP neutral, they believe that continuing their participation in the VDRP until after the Court rules on the sufficiency of the pleadings would serve the interests of judicial efficiency and conservation of judicial and party resources;

NOW THEREFOR, IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their respective counsel, that:

1. The parties need not participate in the VDRP until after the Court rules on the pending motions to dismiss the FAC;

2. In the event the pending motions to dismiss are granted with leave to amend, the parties need not participate in the VDRP until after the Court rules on any motions to dismiss further amended complaints; and

3.   This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

| | |
|---|---|
| DATED: July 29, 2009 | SEVERSON & WERSON<br>A Professional Corporation<br><br>By: _____/s/ Kalama M. Lui-Kwan_____<br>        Kalama M. Lui-Kwan<br><br>Attorneys for Defendants<br>LITTON LOAN SERVICING LP and U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB8 |
| DATED: July 29, 2009 | BUCHALTER NEMER<br>A Professional Corporation<br><br>By: _____/s/ Jason E. Goldstein_____<br>        Jason E. Goldstein<br><br>Attorneys for Defendant<br>ARGENT MORTGAGE COMPANY, LLC |
| DATED: July 29, 2009 | LAW OFFICES OF JONATHAN G. STEIN<br><br>By: _____/s/ Jonathan G. Stein_____<br>        Jonathan G. Stein<br><br>Attorneys for Plaintiffs<br>CURT GUMBS AND KHEA GUMBS |

**ORDER**

The referral of this action to the Voluntary Dispute Resolution Program is withdrawn.

DATED: 8/3/09        _____
                    GARLAND E. BURRELL, JR.
                    UNITED STATES DISTRICT JUDGE