BUCHALTER NEMER
A Professional Corporation
JASON E. GOLDSTEIN (SBN: 207481)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email:  jgoldstein@buchalter.com

Attorneys for Defendant
ARGENT MORTGAGE COMPANY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT GUMBS and KHEA GUMBS, | Case No. 2:09-CV-01159-GEB -GGH |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS THIRD AMENDED COMPLAINT** |
| vs. | |
| LITTON LOAN SERVICING, ARGENT MORTGAGE COMPANY, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BAC KED CERTIFICATES, SERIES 2006-CB8, QUALITY LOAN SERVICE CORP., AMERICAN DISCOUNT MORTGAGE, INC., TOM ZUMMO, LETRIFFA CRAWLEY and DOES 1-20, inclusive,, | |
| | Current Date:    July 19, 2010<br>Current Time:    9:00 a.m.<br> Courtroom:           10 |
| | Proposed Date: August 16, 2010<br>Proposed Time: 9:00 a.m.<br>Courtroom:          10 |
| Defendants. | |

## **ORDER**

THE COURT, having considered Defendant Argent Mortgage Company, LLC's ("Argent") and Plaintiffs Curt Gumbs and Khea Gumbs (collectively, the "Gumbs") Stipulation To Continue The Hearing On Argent's Motion To Dismiss and Motion To Strike the Gumbs' Third Amended Complaint,  continues the hearing on Argent's Motion To Dismiss and Motion To Strike the Third Amended Complaint from July 19, 2010 at 9:00 a.m. in Courtroom 10 to

BN 6516916v1              1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE - 2:09-CV-01159-GEB -GGH**

1 | August 16, 2010 at 9:00 a.m. in Courtroom 10.

2 | 7/7/10

3 | _____
GARLAND E. BURRELL, JR.
4 | United States District Judge

BN 6516916v1                    2

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE  2:09-CV-01159-GEB -GGH**