IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CURT GUMBS and KHEA GUMBS,          )
                                    )   2:09-cv-01159-GEB-GGH
              Plaintiff,            )
                                    )
       v.                           )   ORDER RE: SETTLEMENT AND
                                    )   DISPOSITION
LITTON LOAN SERVICING; ARGENT       )
MORTGAGE COMPANY, LLC; U.S. BANK    )
NATIONAL ASSOCIATION, AS TRUSTEE    )
FOR THE C-BASS MORTGAGE LOAN        )
ASSET-BACKED CERTIFICATES,          )
SERIES 2006-CB8; QUALITY LOAN       )
SERVICE CORP.,                      )
                                    )
              Defendants.           )
_____    )
```

Defendant Argent Mortgage Company, LLC, filed a "Notice of Settlement of Entire Case" on September 16, 2010, in which it states:

> Plaintiffs Curt Gumbs and Khea Gumbs and Defendant Argent Mortgage Company, LLC (collectively, "the Parties") through their respective counsel of record, have reached a settlement of this matter. A stipulation and proposed order dismissing the entire action will be filed with the Court within the next thirty (30 days).
>
> Accordingly, it is requested that all pending dates in this matter be vacated.

(ECF No. 70.)

Therefore, a dispositional document shall be filed no later than October 19, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file

1

dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The Final Pretrial Conference scheduled for September 27, 2010, is reset for hearing on October 25, 2010, at 1:30 p.m., in the event no dispositional document is filed, or if this action is not otherwise dismissed. Further, a joint final pretrial statement shall be filed seven (7) days prior to the Final Pretrial Conference.

IT IS SO ORDERED.

Dated:   September 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge